293 U.S. 525
 55 S.Ct. 126
 79 L.Ed. 636
 John LAING, appellant,
v.
Fred L. FOX, State Tax Commissioner of the State of West Virginia.
 No. 433.
 Supreme Court of the United States
 October 22, 1934
 
 Mr. Arthur S. Dayton, of Charleston, W. Va., for appellant.
 Mr. Homer A. Holt, for appellee.
 For opinion below, see 175 S. E. 354.
 PER CURIAM.
 
 
 1
 The motion of appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial Federal question. (1) Southwestern Oil Co. v. Texas, 217 U. S. 114, 121, 30 S. Ct. 496, 54 L. Ed. 688; Brown-Forman Co. v. Kentucky, 217 U. S. 563, 572 et seq., 30 S. Ct. 578, 54 L. Ed. 883; American Sugar Refining Co. v. Louisiana, 179 U. S. 89, 95, 21 S. Ct. 43, 45 L. Ed. 102; Hicklin v. Coney, 290 U. S. 169, 176, 54 S. Ct. 142, 78 L. Ed. 247. (2) League v. Texas, 184 U. S. 156, 161, 22 S. Ct. 475, 46 L. Ed. 478; Kentucky Union Co. v. Kentucky, 219 U. S. 140, 152-153, 31 S. Ct. 171, 55 L. Ed. 137; A. Magnano Co. v. Hamilton, 292 U. S. 40, 44, 54 S. Ct. 599, 78 L. Ed. 1109. (3) Supreme Lodge, Knights of Pythias v. Meyer, 265 U. S. 30, 32, 33, 44 S. Ct. 432, 68 L. Ed. 885; Hicklin v. Coney, 290 U. S. 169, 172, 54 S. Ct. 142, 78 L. Ed. 247; Hartford Accident & Ind. Co. v. N. O. Nelson Mfg. Co., 291 U. S. 352, 358, 54 S. Ct. 392, 78 L. Ed. 840; Swiss Oil Corporation v. Shanks, 273 U. S. 407, 413, 47 S. Ct. 393, 71 L. Ed. 709.